UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

MICHELLE BRAY,

   Plaintiff,

                                   CASE NO.:  5:16-CV-00264-DCR

-vs-

ONEMAIN FINANCIAL GROUP, LLC,

   Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, MICHELLE BRAY, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MICHELLE BRAY, and Defendants, ONEMAIL FINANCIAL GROUP, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.   Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-Filing on this 21st day of August, 2017 to all parties of record.

/s/ Shaughn C. Hill, Esquire
Shaughn C. Hill, Esquire
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
shill@forthepeople.com
Florida Bar #:  0105998
Attorney for Plaintiff