UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MICHELLE BRAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 16-264-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ONEMAIN FINANCIAL GROUP, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The parties have filed a notice, indicating that all claims have been tentatively settled. [Record No. 26] Therefore, being sufficiently advised, it is hereby

**ORDERED** that the parties shall tender an agreed order of dismissal regarding all claims asserted within thirty (30) days.

This 22nd day of August, 2017.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

-1-