UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

MICHELLE BRAY,

   Plaintiff,

-vs-                                                 CASE NO.:  5:16-CV-00264-DCR

ONEMAIN FINANCIAL GROUP, LLC,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Michelle Bray, and the Defendant, OneMain Financial Group, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 25th day of September, 2017.


/s/ Shaughn C. Hill, Esquire
Shaughn C. Hill, Esquire
MORGAN & MORGAN, TAMPA,  P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
shill@forthepeople.com
*Attorney for Plaintiff*
*Admitted Pro Hac Vice*

/s/ Tanya Yarborough Bowman, Esquire
Darren A. Craig, Esquire
Bryan S. Strawbridge, Esquire
Tanya Yarborough Bowman, Esquire
Frost Brown Todd, LLC
201 N Illinois Street
Indianapolis, Indiana 46204
dcraig@fbtlaw.com
bstrawbridge@fbtlaw.com
tbowman@fbtlaw.com
delliott@bburr.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

MICHELLE BRAY,

Plaintiff,

CASE NO.: 5:16-CV-00264-DCR

-vs-

ONEMAIN FINANCIAL GROUP, LLC,

Defendant,

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED AND AGREED that the instant action be and is hereby Dismissed with Prejudice as to OneMain Financial Group, LLC.

DONE AND ORDERED this _____ day of September 2017.

_____
DANNY C. REEVES JUDGE