UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MICHELLE BRAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 16-264-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ONEMAIN FINANCIAL GROUP, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The parties have filed a Joint Stipulation of Dismissal With Prejudice, confirming that all claims have been resolved.  [Record No. 28]  Therefore, being sufficiently advised, it is hereby

**ORDERED** as follows:

1.      The parties' joint stipulation [Record No. 28], filed as a motion, is **GRANTED**.

2.      This action is **DISMISSED** with prejudice, and **STRICKEN** from the Court's docket.

3.      The parties shall bear their respective costs and expenses.

This 25th day of September, 2017.



Signed By:
Danny C. Reeves   DCR
United States District Judge

-1-